IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RONG RAN and**
**WILLIAM WALSH,**[1]

    **Plaintiffs,**

v.                                         Case No. 1:17cv168-MW/GRJ

**VA HOSPITAL, GAINESVILLE,**
**et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1,

---

[1] As previously noted by the Magistrate Judge, while William Walsh is listed as a Plaintiff on the civil rights complaint form, the complaint is only signed by Rong Ran. Thus, Rong Ran is the only proper Plaintiff.

1

is **DISMISSED** without leave to amend.  Both pending motions, ECF Nos. 2 and 4, are **terminated**." The Clerk shall close the file.

**SO ORDERED on August 14, 2017.**

<u>**s/Mark E. Walker**</u>    ____
**United States District Judge**